FILED
APR 5 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

# RESOLUTION OF THE OHIO COUNTY BAR ASSOCIATION

## ADOPTED MARCH 15, 2019

Paul C. Camilletti was born in the Warwood section of Wheeling, West Virginia, on October 25, 1932, the son of D. Paul and Nell E. DiBacco Camilletti. He died at his home in Wheeling on Saturday, December 15, 2018 after a valiant struggle with cancer, at the age of 86.

He was a product of local schools, attending Corpus Christi Grade School and Wheeling Central Catholic High School. He received his bachelor's degree from Mount St. Mary's University in Emmitsburg, MD, in 1954, and he earned his law degree at West Virginia University in 1957. After he became a member of the West Virginia State Bar in 1957, he joined his father, D. Paul Camilletti, also a distinguished lawyer, in the firm named Camilletti & Camilletti. He married Margaret Rocks Camilletti on September 5, 1953, and they together had a large family: Paul, Michael, David, Stephen, Joseph, Mark, Christopher, Pamela, Kathryn, and Patrick. Marg and Paul divorced in 1979, and on September 25, 1980, Paul married Louise P. Porro Camilletti, who survives.

Paul was equally adept in the courtroom and the record room, and handled a wide variety of cases over the years. President Richard M. Nixon appointed Paul to be the United States Attorney for the Northern District of West Virginia in 1969, and he served until his resignation in 1973. In addition to his private practice and his service as United States Attorney, he taught for the American Institute of Banking from 1958-1968, and he was a Lecturer at Wheeling Jesuit University.

8359243

His spirit of public service was wide spread, and wasn't limited to the law. He was a member of the West Virginia State Bar and the American Bar Association, where he was a member of the Family Law Section. He was a member of what was then known as the West Virginia Trial Lawyers Association, and served as its president in 1975-76. He was a longtime member of the Ohio County Bar Association, and served us as our president in 1979-80. But he also was a member of the Knights of Columbus, where he was Grand Knight in 1962-63, and he was a proud member of Wheeling Elks Lodge #28, which he led as Exalted Ruler in 1968-69. All of this, and more, earned him the title of Distinguished Alumni from Mount St. Mary's University.

Paul was also an avid and highly competitive tennis player. But off the court and out of court, Paul's great avocation was playing the piano. He started playing at age six, when his father received a piano in payment of a legal fee. Paul played professionally for years in area clubs and restaurants, and at weddings and church events. When the federal Grand Jury met in Elkins during Paul's years as United States Attorney, nearly every evening promised Paul at the piano in the lounge at the Elkins Motor Lodge, with agents and witnesses gathered around him singing along. Legend has it that Paul knew and could play any song an audience member requested, and when someone made up a song in a hybrid version of the old "stump the band" gimmick, Paul made the song up, including lyrics, and no one ever knew.

So, WHEREAS Paul C. Camilletti served the law, his hometown, and the State of West Virginia with great distinction as a lawyer and a servant leader, and

WHEREAS Paul C. Camilletti will always reside in spirit in the courtrooms and the piano bars where he served and played,

8359243

THEREFORE, BE IT RESOLVED that the members of the Ohio County Bar Association, at a special meeting called for 12:00 o'clock noon on March 15, 2019, after a moment of silence, hereby unanimously do adopt this Resolution, and direct that a true copy of this Resolution be delivered to the family of Paul C. Camilletti, to the Clerks of the Circuit Court of Ohio County, the United States District Court for the Northern District of West Virginia, and the Supreme Court of Appeals of West Virginia.

_William D. Wilmoth_
William D. Wilmoth,
Chair, Memorial Committee
Ohio County Bar Association

8359243